THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 Charleston
 County Department of Social Services, Respondent,
 v.
 Lavinya W. and Franklin
 G. Defendants,
 Of Whom Lavinya
 W. is Appellant.
 In the
 interest of S.F., a minor child under the age of 18.
 
 
 

Appeal From Charleston County
Judy McMahon, Family Court Judge
Unpublished Opinion No.  2008-UP-644  
Submitted November 1, 2008  Filed
 November 19, 2008
AFFIRMED

 
 
 
 Ellen H. Bentz, of N. Charleston, for Appellant.
 Bonnie T Brisbane, of N. Charleston, for Respondent.
 Adrianne M. Belton, of Charleston, for Guardian Ad Litem.
 
 
 

PER CURIAM: Lavinya
 W. appeals from the family courts order
 terminating her parental rights to her minor child.  See S.C. Code Ann. § 20-7-1572 (Supp. 2007).[1]  Upon a thorough review of the record
 and the family courts findings of fact and conclusions of law, pursuant to Ex
 Parte Cauthen, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious
 issues warrant briefing.  Accordingly, we affirm the family courts ruling and
 relieve counsel. 
AFFIRMED.[2] 
HEARN, C.J., CURETON, A.J., and GOOLSBY, A.J., concur.

[1] Effective June 16, 2008, the General Assembly amended
 the Code of Laws of South Carolina by adding Title 63, the South Carolina
 Childrens Code, and transferring all provisions of Title 20, Chapter 7 to
 Title 63.  See Act No. 361, 2008 S.C. Acts 3623 (stating the transfer
 and reorganization of the code provisions in this act are technical . . . and
 are not intended to be substantive).  Because Title 63 has not yet been bound,
 all citations to the statute refer to Title 20.
[2] We decide this case without oral argument pursuant to
 Rule 215, SCACR.